HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
AARON TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00106-CSK-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXONERATE BOND AND RETURN OF PASSPORTS** |
| vs. | |
| AARON TURNER | |
| Defendant. | |

Defendant, Aaron Turner, by and through his attorney of record, Assistant Federal Defender Douglas Beevers, hereby requests this Court issue the proposed order attached hereto exonerating the $200,000 property bond in the above-captioned case (ECF No. 24), and reconveying the property to the surety. The government does not oppose this request.

On September 12, 2024, after a detention hearing, Magistrate Judge Sean Riordan ordered that Mr. Turner be released into the third party custody of his father on a $200,000 bond secured by real property owned by defendant's parents. Release was further contingent upon Mr. Turner clearing his existing warrants in Los Angeles and Orange Counties. (ECF No. 4).

On September 19, 2024 The Court found that the conditions of release had not been satisfied and ordered the Defendant detained and transported to the Eastern District of Missouri.

Defendant's family had recorded the deed of trust on the property and it was received as collateral by the clerk of the court and forwarded to the Eastern District of Missouri on

1   September 26, 2024 (ECF Nos. 14 and 15).

2       Mr. Turner's motion for release was denied in Eastern District of Missouri case number 4:24-cr-00430-HEA-SPM-1 and he has remained in custody since his September 10, 2024 arrest.

4       Undersigned counsel communicated via email with government counsel, Assistant U.S. Attorney Alexis Klein, who has confirmed that the government has no opposition to this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 10, 2025

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorneys for Defendant
AARON TURNER

Date: June 10, 2025

PHILLIP A. TALBERT
United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court hereby grants the request to reconvey real property located at 5556 CORTINA LANE, Stockton, CA 95219 described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS: LOT 13 AS SHOWN UPON MAP ENTITLED TRACT NO. 3130, SPANOS PARK WEST, UNIT NO. 13, FILED FOR RECORD AUGUST 29, 2002 IN BOOK OF MAPS AND PLATS, VOLUME 37, PAGE 40, SAN JOAQUIN COUNTY RECORDS.  A CERTIFICATE OF CORRECTION WAS RECORDED DECEMBER 17, 2002 AS INSTRUMENT NO. 2002-227737,SAN JOAQUIN COUNTY RECORDS.

submitted as collateral to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a new reconveyance of real property to property owner Madeline Turner and list the description of the property on the reconveyance as listed above.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    June 12, 2025                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE